**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rene Barragan**, et al., | No. 2:25-cv-02252-KML |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |
| **DI Overnite LLC**, et al., | |
| Defendants. | |

Plaintiffs, Rene Barragan, Antonio Caballero Recio, Douglas Baker, John Mendoza, Juan Carlos Rodriguez Romero, Zachary Garner, Fred Brame, Jacob Rogers, Sabrina Eisenberg, Louie Ybarra, Alfredo Morales, Roman Alejandro Velazquez Oceguera, Daniel Cabriales, and Adrián Ojeda Lorenzo ("Plaintiffs"), request that the Clerk of Court enter default against Defendants, DI Overnite LLC, Golden Gate Logistics LLC, and Christohper Ugarte and Lorez Ugarte (named as "Jane Doe Ugarte") ("Defendants"), pursuant to Fed. R. Civ. P. 55(a).  In support of this request, Plaintiffs rely on the record in this case and the affidavit submitted as "**Exhibit A**."

-1-

RESPECTFULLY SUBMITTED this 7th day of November, 2025.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th Day of November, 2025, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.  A copy of the foregoing was also sent via First Class Mail to the following:

DI Overnite LLC
2450 St. Rose Pkwy., Ste. 200
Henderson, NV 89074

Golden Gate Logistics LLC
720 14th St.
Sacramento, CA 95814

Christopher Ugarte & Lorez Ugarte
6377 N. Provence Rd.
San Gabriel, CA 91775

*Defendants DI Overnite LLC,*
*Golden Gate Logistics LLC, and*
*Christopher Ugarte and Lorez Ugarte*

/s/ *Clifford P. Bendau, II*