**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rene Barragan**, et al., | No. 2:25-cv-02252-KML |
| Plaintiffs, | |
| vs. | **DECLARATION OF CLIFFORD P. BENDAU, II IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |
| **DI Overnite LLC**, et al., | |
| Defendants. | |

I, Clifford P. Bendau, II, declare under penalty of perjury that the following is true and correct:

1.      I am one of the attorneys for Plaintiffs, and I am familiar with the file, records, and pleadings in this matter.

2.      The Complaint was filed on June 27, 2025.  (Doc. 1).

3.      Defendants DI Overnite LLC and Golden Gate Logistics LLC were served on July 2, 2025, (Docs. 6-7).

4.      Defendants DI Overnite LLC's and Golden Gate Logistics LLC's Answers or other responses to the Complaint were due on or before July 23, 2025.

5.      Defendants Christopher Ugarte and Lorez Ugarte (named as "Jane Doe

BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060

Ugarte") were served on October 6, 2025, via alternative service.  (Docs. 10-11).

6.      Defendants Christopher Ugarte and Lorez Ugarte (named as "Jane Doe Ugarte")'s Answers or other responses to the Complaint were due on or before October 27, 2025.

7.      To date, the above-named Defendants have failed to plead or otherwise defend within the time allowed and, therefore, are now in default.

8.      Plaintiffs request that the Clerk of the Court enter default against each of the Defendants, jointly and severally.

9.      In compliance with the requirements of 50 U.S.C. § 520, I verify that to the best of my knowledge, information, and belief, the Defendants are not in the military service.

**WHEREFORE**, the undersigned requests the Clerk of this Court to enter default of the Defendants, DI Overnite LLC, Golden Gate Logistics LLC, and Christohper Ugarte and Lorez Ugarte (named as "Jane Doe Ugarte").

EXECUTED this 7th Day of November, 2025.

BENDAU & BENDAU PLLC


/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

2