# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Barragan, et al., | NO. CV-25-02252-PHX-KML |
| Plaintiffs, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| DI Overnite LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants DI Overnite LLC, Golden Gate Logistics LLC, Christohper Ugarte, and Jane Doe Ugarte. DEFAULT ENTERED this 10th day of November, 2025.

Debra D. Lucas
District Court Executive/Clerk of Court

November 10, 2025

By  s/ D. Draper
    Deputy Clerk