**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Barragan, et al., | No. CV-25-02252-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| DI Overnite LLC, et al., | |
| Defendants. | |

Plaintiffs' original complaint named "Jane Doe Ugarte" as a defendant. (Doc. 1.) Plaintiffs later determined the individual's true name is "Lorez Ugarte." (Doc. 8 at 1.) Plaintiffs seek leave to amend the complaint to replace all references to "Jane Doe Ugarte" with "Lorez Ugarte." Plaintiffs argue this substitution "will likely assist in Plaintiffs' effort to collect on what will likely be a forthcoming default judgment against all defendants." (Doc. 16 at 2.) Plaintiffs do not explain why amending the complaint will have that effect, but the standard for amending the complaint is very lenient at this stage. Fed. R. Civ. P. 15(a)(2). Under that standard, allowing amendment is appropriate.

**IT IS ORDERED** the Motion to Amend (Doc. 16) is **GRANTED**. Plaintiffs shall file their amended complaint within ten days of this order.

/
/
/
/

**IT IS FURTHER ORDERED** plaintiffs shall file their motion for default judgment within fourteen days of filing the amended complaint.

Dated this 2nd day of January, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge